**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-1055**

─────────

WILLIAM F. ALLEN, JR.,

Plaintiff - Appellant,

and

RICHARD R. WILT,

Party in Interest,

versus

JOEL RANDOLPH, and Family; EARL FRAZIER, and
Family,

Defendants - Appellees,

and

BECKY KEENER; TYRA DAVIS CLEVENGER; UNITED
HOSPITAL CENTER, INCORPORATED,

Defendants.

─────────

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Chief
District Judge. (CA-99-1-4)

─────────

Submitted: March 22, 2001          Decided: March 30, 2001

─────────

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

———————————

William F. Allen, Jr., Appellant Pro Se.  Joel Randolph, Appellee; Jerald Elton Jones, WEST & JONES, Clarksburg, West Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William F. Allen, Jr., appeals the district court's order dismissing several of his 42 U.S.C.A. § 1983 (West Supp. 2000) claims as time-barred and granting the Appellees' motion for judgment of acquittal on the remaining claims.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Allen v. Randolph, No. CA-99-1-4 (N.D.W. Va. Dec. 29, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2